UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DURWIN L. ABBOTT (#316843)

VERSUS

HERMAN C. SOONG, ET AL.

CIVIL ACTION

NO. 13-584-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 3, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Motion for Partial Summary Judgment*[3] filed by Defendants, Warden Steve Rader and James Devall, is GRANTED, and this action is referred back to the United States Magistrate Judge for further proceedings on the Plaintiff's claims against Defendant, Dr. Herman C. Soong.

Baton Rouge, Louisiana the 27 day of June, 2014.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 25.
[3] Rec. Doc. 14.