# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DURWIN L. ABBOTT (#316843)

CIVIL ACTION

VERSUS

13-584-SDD-EWD

HERMAN C. SOONG, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 2, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Further, the *Motion for Partial Summary Judgment*[3] filed by Defendant, Dr. Herman Soong, shall be granted and Plaintiff's claims asserted against this Defendant shall be dismissed with prejudice and this action shall be dismissed.

Baton Rouge, Louisiana the 23 day of March, 2016.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 45.
[3] Rec. Doc. 34.